1064

[No. 13212–1–I. Division One. June 10, 1985.]

MT. BAKER RIM COMMUNITY CLUB, *Appellant,* v. THE JOHN'S PENSION PLAN, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–2–01124–6, Jack S. Kurtz, J., entered April 28, 1983. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Swanson and Webster, JJ.